

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 2, 2013

Juan Perales
Law Office of J. Perales
P.O. Box 769
Robstown, TX 78380

Michael A. Johnson
Michael A. Johnson, P.C.
P.O. Box 69
Victoria, TX 77902-0167

RE:    Court of Appeals Number:    04-12-00864-CV
         Trial Court Case Number:    06-03-44411
         Style:  Armando Benavides
               v.
         Anselmo Benavides, Antonio Benavides, and A.T. Trucking, LLP

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857

cc: R. David Guerrero
Sonia G. Trevino



# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2013

No. 04-12-00864-CV

Armando **BENAVIDES,**
Appellant

v.

Anselmo **BENAVIDES**, Antonio Benavides, and A.T. Trucking, LLP,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellant's brief was due March 11, 2013, but it was not filed. Instead, on March 22, 2013, appellant filed a motion asking for an extension of time until April 22, 2013, to file the brief.

We **grant** the motion and **order** Armando Benavides to file his brief by **April 22, 2013**. Appellant is advised that **no further extensions of time will be granted** absent a showing of extraordinary circumstances that also provides the court reasonable assurance the brief will be completed and filed by the requested extended deadline. If appellant fails to comply with this order, the court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

April 2, 2013

No. 04-12-00864-CV

Armando **BENAVIDES,**
Appellant

v.

Anselmo **BENAVIDES**, Antonio Benavides, and A.T. Trucking, LLP,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's brief was due March 11, 2013, but it was not filed. Instead, on March 22, 2013, appellant filed a motion asking for an extension of time until April 22, 2013, to file the brief.

We **grant** the motion and **order** Armando Benavides to file his brief by **April 22, 2013**. Appellant is advised that **no further extensions of time will be granted** absent a showing of extraordinary circumstances that also provides the court reasonable assurance the brief will be completed and filed by the requested extended deadline. If appellant fails to comply with this order, the court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

/s/ Luz Elena D. Chapa
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2013.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court